# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY ROY CROSBY, | ) | No. CV 11-8425 VBF (FFM) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT THEREFORE IS ORDERED that (1) the Motion to Dismiss is granted; and (2) that Judgment be entered dismissing the Petition without prejudice.

DATED: 01-11-12

*Valerie Baker Fairbank*

VALERIE B. FAIRBANK
United States District Judge