1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY ROY CROSBY, | ) | No. CV 11-8425 VBF (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) ) | |

10
11
12
13
14
15
16
17

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of
United States Magistrate Judge,

18

IT IS ADJUDGED that the Petition is dismissed without prejudice.

19
20

DATED:  01-11-12

21
22

*Valerie Baker Fairbank*

_____

23

VALERIE B. FAIRBANK
United States District Judge

24
25
26
27
28